The People of the State of New York, Respondent, v Jorge Rodriguez, Appellant. [914 NYS2d 66]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (John Cataldo, J.), rendered on or about November 12, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Sweeny, Freedman, Richter and Abdus-Salaam, JJ.